IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

JEROME LEROY CARTER, JR.,

        Appellant,

 v.                                         Case No.      5D22-435
                                            LT Case No. 2019-CF-004021-A-OS

STATE OF FLORIDA,

        Appellee.

_____/

Decision filed December 6, 2022

Appeal from the Circuit Court
for Osceola County,
Tom Young, Judge.

Matthew J. Metz, Public Defender,
and Andrew Mich, Assistant Public
Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Whitney Brown
Hartless, Assistant Attorney General,
Daytona Beach, for Appellee.

PER CURIAM.

        AFFIRMED.

SASSO, TRAVER and NARDELLA, JJ., concur.